

Jeffrey Schreiber
*Partner*
Direct (212) 655-3554
Fax (646) 539-3654
js@msf-law.com

January 15, 2021

<u>*VIA* E-mail</u>

Leo Dorfman, Esq.
Sokoloff Stem, LLP
179 Westbury Avenue, 2nd Floor
Carle Place, NY 11514

Peter Sullivan, Esq.
Berkman, Henoch, Peterson, Peddy & Fenchel, P.C.
100 Garden City Plaza
Garden City, NY 11530

   Re: ***WG Woodmere LLC et al v. Town of Hempstead, et al***
      <u>**Case Number: 2:20-cv-03903 (SJF)(AYS)**</u>

Counsel:

I am enclosing copies of the Plaintiffs' opposition to the Defendants' Motions to Dismiss, which consists of a Memorandum of Law and Declaration of Jeffrey Schreiber, Esq., dated January 15, 2021, with exhibits. Pursuant to Rule 4 of the Court's Individual Rules, please file these documents and provide courtesy hard copies to the Court on February 16, when the Motions are fully briefed.

Sincerely

 / S /
Jeffrey Schreiber


cc: Hon. Sandra J. Feuerstein (via ECF without enclosures)
   Michael M. Berger, Esq. (via E-mail)
   Edward Burg, Esq. (via E-mail)